In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-187 CR


NO. 09-06-188 CR


NO. 09-06-189 CR


____________________



KENNETH HOMER KOCH, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 96070, 96072 and 96073






MEMORANDUM OPINION


 Kenneth Homer Koch, Jr., was convicted of the offense of burglary of a habitation
in Cause Nos. 96070, 96072 and 96073. Koch filed notice of appeal on May 5, 2006. In
each case, the trial court entered a certification of the defendant's right to appeal in which
the court certified that this is a plea-bargain case, and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been provided to the
Court of Appeals by the district clerk.

 On May 16, 2006, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made a
part of the appellate records. See Tex. R. App. P. 37.1. The parties have not identified
any issues unrelated to the appellant's convictions and the records have not been
supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered July 12, 2006

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.